UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o ATALANTA
CORPORATION,

                Plaintiff,

     - against -

M/V SL INTEGRITY, her engines, boilers, tackle,
furniture, apparel, etc., *in rem*; A.P. MOLLER-
MAERSK A/S d/b/a MAERSK LINE, *in personam*,

                Defendants.
-----------------------------------------------------------------X

2008 Civ.

FRCP RULE 7.1
DISCLOSURE STATEMENT

NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o ATALANTA CORPORATION, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

ACE LIMITED is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. ATALANTA CORPORATION is not a publicly traded company.

Dated:     New York, New York
             July 23, 2008
             115-924

                                                CASEY & BARNETT, LLC
                                                Attorneys for Plaintiff

                              By:  _____
                                        Christopher M. Schierloh (CS-6644)
                                        Martin F. Casey (MFC-1415)
                                        317 Madison Avenue, 21st Floor
                                        New York, NY 10017
                                        (212) 286-0225